Entered: May 4th, 2020
Signed: May 4th, 2020

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| IN RE:<br><br>JULIAN IRVING ABRAHAM<br>    Debtor | Chapter 13<br>Case No. 20-11118-LSS |
| NATIONSTAR MORTGAGE LLC D/B/A<br>MR. COOPER<br>    Movant<br><br> v.<br><br>JULIAN IRVING ABRAHAM<br>        (Debtor)<br><br>REBECCA A. HERR<br>        (Trustee)<br>        Respondents | *Ref. Docket* #27 |

### CONSENT ORDER MODIFYING AUTOMATIC STAY

Upon consideration of the Motion for Relief from Automatic Stay ("Motion") filed by Nationstar Mortgage LLC d/b/a Mr. Cooper ("Movant"), and good cause having been shown;

WHEREAS, on or about April 16, 2010, the Debtor executed and delivered to Nationstar Mortgage LLC a Note in the amount of TWO HUNDRED EIGHTY-TWO THOUSAND SEVEN HUNDRED EIGHTY-THREE DOLLARS AND NO CENTS ($282,783.00), plus interest; and

WHEREAS, to secure the repayment of the sums due under the Note, the Debtor executed and delivered to Nationstar Mortgage LLC a Deed of Trust dated April 16, 2010, encumbering the real property ("Property") more particularly described in the Deed of Trust,

> BEING known and designated as Lot numbered Seven (7), Block lettered "A", as shown on Plat entitled, "PLAT TWO, ENTERPRISE RIDGE", which Plat is recorded among the Land Records of Prince George's County, Maryland in Plat Book VJ 165 at Plat 19.
>
> KNOWN as: 3112 Needleleaf Lane, Springdale, Maryland 20774.

which has the address of 3112 Needleleaf Ln, Springdale, MD 20774; and

WHEREAS, the Debtor has failed to make three (3) post-petition payments in the amount of $2,265.75 each per month for the months of February 2020 through April 2020, has a suspense balance of $0.00, and is in arrears post-petition for $7,828.25, which includes $1,031.00 representing attorneys' fees and costs incurred by Movant in filing the Motion for Relief; and

WHEREAS, the parties desire to resolve this matter without the risks and costs of litigation,

It is by the United States Bankruptcy Court for the District of Maryland, Greenbelt Division,

**ORDERED**, that the automatic stay is modified as follows:

(a) The Debtor shall cure the post-petition Arrearage of $7,828.25 due to Movant by making the following payments inclusive of the fees and costs ("Arrearage Payment"):

| | |
|---|---|
| May 15, 2020 | $869.81 |
| June 15, 2020 | $869.81 |
| July 15, 2020 | $869.81 |
| August 15, 2020 | $869.81 |
| September 15, 2020 | $869.81 |
| October 15, 2020 | $869.81 |

|  |  |
|---|---|
| November 15, 2020 | $869.81 |
| December 15, 2020 | $869.81 |
| January 15, 2021 | $869.77 |

(b)      In addition to curing the Arrearage, the Debtor shall resume making regular monthly payments as due under the Note beginning on May 1, 2020 and continuing on the same day of each and every month thereafter until the Note is paid in full; and

(c)      All payments must be sent directly to: Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., P.O. Box 619094, Dallas, TX 75261-9741; and

**ORDERED**, that in the event that the Debtor or Movant discovers proof of payments not yet credited, the payment will be credited to the mortgage account and the aforementioned post-petition arrearage will be reduced accordingly; and it is further

**ORDERED**, that if any of the payments described herein are not timely made, then Movant shall file and serve a Notice of Default to Debtor, Debtor's counsel and the Trustee. The Notice of Default shall contain the full amount needed to cure the default including any attorneys' fees associated with filing the notice of Default. The Debtor shall have ten (10) days ("Cure Period") from the date the Notice of Default is served to cure the default along with any payment that has become due subsequent to the Notice of Default. If the default is not cured within the cure period, Movant shall file and serve a Notice of Intent to Foreclose to Debtor, Debtor's counsel and the Trustee. The automatic stay shall then terminate and Movant shall be authorized to immediately exercise it legal rights under applicable law as to the Property. Furthermore, the Debtor may have one (1) cure period every twelve (12) months.  Should the Debtor default again within a twelve-month period, Movant shall file and serve a Notice of Intent to Foreclose to Debtor, Debtor's counsel and the Trustee wherein the stay shall terminate and

Movant shall be entitled to exercise its legal rights under applicable law as to the Property. Should Debtor dispute the Notice of Default or Notice of Intent to Foreclose and file a response within the ten (10) day cure period that states with particularity the basis for disputing the Notice of Default, then the dispute shall be set for hearing and the automatic stay shall remain in effect pending a hearing on the Notice of Default; and it is further

**ORDERED**, that in the event that the automatic stay is terminated, the Chapter 13 Trustee shall be relieved of any and all obligation to cure the Proof of Claim arrearage due to Movant, its successors or assigns; and it is further

**ORDERED**, that to the extent this case is dismissed, discharged, converted to a case under Chapter 7 or closed and payments on the Note are not contractually current, Movant may exercise its legal rights under applicable law with respect to the Property.

SEEN AND AGREED:

| | |
|---|---|
| /s/ Paul Moran | /s/ Victor Palmeiro |
| John E. Tarburton, Bar #26398 | Victor Palmeiro |
| Elizabeth M. Abood-Carroll, Bar #20631 | Palmeiro Law Group |
| Paul Moran, Bar #19595 | 5882 Hubbard Drive |
| Orlans PC | Rockville, MD 20852 |
| PO Box 2548 | (301) 933-2595 |
| Leesburg, VA 20177 | victorpalmeiro@gmail.com |
| (703) 777-7101 | *Attorney for the Debtor* |
| jtarburton@orlans.com | RE: Case No: 20-11118-LSS |
| eabood-carroll@orlans.com | |
| pmoran@orlans.com | |
| *Attorneys for the Movant* | |

## **CERTIFICATION**

      I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original consent order.

           /s/ Paul Moran
      John E. Tarburton, Esquire
      Elizabeth M. Abood-Carroll, Esquire
      Paul Moran, Esquire

Copies to:

John E. Tarburton
Elizabeth M. Abood-Carroll
Paul Moran
Orlans PC
PO Box 2548
Leesburg, VA 20177
*Attorneys for the Movant*

Julian Irving Abraham
3112 NeedleLeaf Ln
Upper Marlboro, MD 20774
*Debtor*

Victor Palmeiro
Palmeiro Law Group
5882 Hubbard Drive
Rockville, MD 20852
*Attorney for the Debtor*

Rebecca A. Herr
185 Admiral Cochrane Drive
Suite 240
Annapolis, MD 21401
*Chapter 13 Trustee*

**END OF ORDER**