Entered: September 11th, 2020
Signed: September 11th, 2020

**SO ORDERED**



*Lori Simpson*
**LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## <u>GREENBELT DIVISION</u>

| | | |
|---|---|---|
| **IN RE:** | * | |
| JULIAN IRVING ABRAHAM | * | Case No.: 20-11118-LSS |
| | | Chapter 13 |
| Debtor | * | |
| * * * * * * * * | * | |
| CAPITAL ONE AUTO FINANCE, | * | |
| A DIVISION OF CAPITAL ONE, N.A. | | |
| | * | |
| Movant | * | |
| vs. | * | |
| JULIAN IRVING ABRAHAM | * | |
| Respondent(s) | * | |

### <u>ORDER TERMINATING AUTOMATIC STAY</u>

Upon consideration of the Motion Seeking Relief from Automatic Stay and to Reclaim Property filed by the Movant, Capital One Auto Finance, a division of Capital One, N.A.; and no opposition thereto having been filed by the Debtor Julian Irving Abraham, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the automatic stay be, and it hereby is, terminated to allow Movant exercise and enforce its state law and contractual rights and remedies with regard to the vehicle subject to its purchase money security interest, namely, one 2014 FORD TRUCK Explorer-V6 Utility 4D Limited 4WD, serial number 1FM5K8F83EGC31643; and it is further

ORDERED, that upon recovery of said vehicle by Movant, it shall dispose of the same in a commercially reasonable manner and shall pay any surplus sale proceeds to the Respondent.

cc:    Alisha Gordon
       Maryland Bar Number 19678
       1101 Connecticut Ave NW, Suite 450
       Washington, DC 20036
       Telephone: (202) 509-4680
       Fax: (301) 585-1868
       Alisha@agordonatlaw.com

       Julian Irving Abraham
       3112 Needleleaf Ln
       Upper Marlboro, MD 20774

       Victor Palmeiro
       Palmeiro Law Group
       5882 Hubbard Drive
       Rockville, MD 20852
       victorpalmeiro@gmail.com

       Rebecca A. Herr
       185 Admiral Cochrane Dr., Suite 240
       Annapolis, MD 21401
       ecf@ch13md.com

**End of Order**